

**FW: PARTS STORE**

**EH** Ed Hill
To: Tracy Lowe
Tue 2/16/2016 10:45 AM

**From:** Remia Jones [mailto:remiag@aaon.com]
**Sent:** Tuesday, February 16, 2016 10:08 AM
**To:** 'Ed Hill' <ehill@hillcompany.com>
**Cc:** Paul Stearman <pstearman@AAON.COM>; Alan Kizer <akizer@AAON.COM>; Brett Smith <bretts@aaon.com>; Sam Hammoud <shammoud@aaon.com>
**Subject:** PARTS STORE

In the words of today, AWESOME!

I love the pictures of your parts store. You have now set the stage for a very successful parts store which will have a major positive effect, I believe, on your sale of equipment.

**Challenge: Stocking it correctly with parts and PEOPLE.**

It is extremely important that your people be professional parts sales people with experience in selling parts so that they can bring along with them customers from wherever they worked in the past and also understand how to sell parts, which is distinctly different from selling equipment.

You've done an outstanding job in setting the stage for advancing Hill Company to the next level of professionalism.

CONGRATULATIONS!

*NORM ASBJORNSON*
*President & CEO*

Reply    Forward

Exhibit "5"